# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

DALLAS BUYERS CLUB, LLC

                                        Plaintiff,

v.                                           Case No.: 1:14–cv–02162

                                                  Honorable Gary Feinerman

DOES 1–36, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 7/8/2014 at 9:00 a.m. Defendant John Doe #17's motion to quash subpoena [12] is entered and continued. Plaintiff shall respond by 6/23/2014.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.