July 19, 2014

To: Honorable Gary Feinerman
219 South Dearborn
Chicago, IL 60604


To: Yolanda Cleveland
Comcast Operations Primary
650 Centerton Rd
Moorestown, NJ 08057


RE: *Dallas Buyers Club, LLC v. Does 1-36*
United States District Court for the Northern District of Illinois
Docket No.: 1:14-cv-02162
Order Entered: April 15, 2014
Comcast File #: 551829

To Whom It May Concern,

I am John Doe #17 in the above case. I am sending this reply because I have never downloaded *Dallas Buyers Club* movie or any movie off the internet. I have absolutely no idea how to even do something like this. I had moved into my apartment with my husband and daughter earlier that year and we had problems with our internet for almost five months. We had several technicians come out and reroute our internet connection because the layout of our apartment was causing disturbances in the connection. Once our connection was established, I wrote our internet password on a post it note and put it on top of the internet box. We have had friends over, my daughters' friends, as well as friends of friends who used their laptops, IPads, and cell phones in our apartment and I never thought it was a problem to share our password with them or to leave it exposed. I know that we had these people come in and use my password, and I willingly gave it to them. In regards to this specific date in December, I am unaware who was in my apartment and may have possibly downloaded this movie. Neither my husband, daughter or I have even seen this movie. I am fifty-two years old, a speech therapist, and I have worked for the State of Illinois for nine years and have never taken part in anything like this. I have absolutely no recourse but to swear I did not do this.

*John Doe #17*