## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

DALLAS BUYERS CLUB, LLC

                              Plaintiff,

v.                                                      Case No.: 1:14–cv–02162
                                                                 Honorable Gary Feinerman

DOES 1–36, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Defendant Doe #17's motion to quash [12] is entered and continued. Doe #17 shall file a reply brief in support of the motion to quash [12] by 8/29/2014. Status hearing set for 9/11/2014 at 9:00 a.m. A copy of Plaintiff's response [24] has been mailed and emailed to Doe #17 by the judicial staff.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.