**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC.
                              Plaintiff,

v.                                                    Case No.: 1:14–cv–02162
                                                      Honorable Gary Feinerman

Does 1–36, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 19, 2014:

      MINUTE entry before the Honorable Gary Feinerman: Plaintiff has filed a notice of voluntary dismissal of Doe Defendant No. 17 [33], the terms of which are set forth therein. The Clerk is directed to terminate Doe No. 17 as a party defendant. Doe 17's motion to quash [12] is denied as moot.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.